# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> PRABHAT KUMAR, <br><br> Defendant. | VIOLATION: <br> 6564415 <br> Location Code: M13 <br><br> ORDER |

Based upon the United States' motion to accept the defendant's payment of a $55 fine and $30 processing fee for violation 6564415 (for a total of $85), and for good cause shown,

IT IS ORDERED that the $85 fine ($55 fine and $30 processing fee) paid by the defendant is accepted as a full adjudication of violation 6564415.

IT IS FURTHER ORDERED that the initial appearance scheduled for December 5, 2019, is VACATED.

DATED this 21st day of November, 2019.

John Johnston
United States Magistrate Judge